# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

charwood@maglaw.com
212-880-9547

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

August 19, 2025

**By ECF**
Honorable Katharine H. Parker
United States Magistrate Judge

    Re:    *In re Orthogen International GmbH*, No. 1:24-mc-00504-VSB;

Dear Judge Parker:

    I represent Orthogen International GmbH ("Orthogen") in the above-referenced proceeding in which, pursuant to a Decision and Order dated April 30, 2025 (Dkt. 23), the Honorable Vernon S. Broderick authorized Orthogen to issue subpoenas (the "Subpoenas") to Judith and Tomas Capla (the "Caplas"), under 28 U.S.C. § 1782, to obtain documents and testimony for use in a proceeding that Orthogen will be filing in Germany.

    On August 8, 2025, Orthogen and the Caplas submitted a joint letter requesting a pre-motion conference in anticipation of Orthogen filing a motion to compel compliance with the Subpoenas. Dkt. 27. After Judge Broderick referred this proceeding to Your Honor (Dkt. 28), on August 14, Your Honor entered an order finding a pre-motion conference unnecessary and set the following briefing schedule for Orthogen's motion to compel: (i) Orthogen would file its motion on or before August 28; (ii) the Caplas would file their opposition by September 19; and (iii) Orthogen would file its reply by September 26. Dkt. 33. The day before Your Honor issued the above order, on August 13, the Caplas filed a cross-motion to quash the Subpoenas, Dkt. 31, which was not referenced in the order, presumably because it had not been the subject of a pre-motion letter.

    In the interest of judicial economy, I conferred with the Caplas' counsel, who agreed to consolidate briefing such that: (i) Orthogen's motion to compel will also oppose the Caplas' cross-motion to quash; and (ii) the Caplas' opposition to the motion to compel will also serve as a reply in support of their motion to quash. I also requested that Caplas' counsel consent to a one-week extension of the briefing deadlines set by the Court because this week I have closing arguments for a bench trial and an appellate brief due, and next week I will be out of the office on a pre-scheduled family vacation. The Caplas' counsel agreed to an extension, but requested that the deadlines be pushed out an additional two weeks to accommodate their conflicting religious

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

obligations.

  Accordingly, on behalf of both parties, I respectfully request that the Court approve the following briefing schedule to address both Orthogen's motion to compel and the Caplas' cross-motion to quash: (i) Orthogen shall file an omnibus motion to compel and response to the Caplas' cross-motion to quash by September 19, 2025; (ii) the Caplas shall file an omnibus opposition to Orthogen's motion to compel and reply in support of their cross-motion to quash by October 10, 2025; and (iii) Orthogen shall file its reply in support of its motion to compel by October 17, 2025.

  This is the first extension request in connection with Orthogen's motion to compel or the Caplas' cross-motion to quash. I thank the Court for its attention to this matter.

            Respectfully submitted,

            /s/ *Christopher B. Harwood*
            Christopher B. Harwood

cc: Joushua Levin-Epstein, Esq., and Jason Mizrahi, Esq., counsel for the Caplas (by ECF)
  Edward Altabet, Esq., counsel for Dr. Douglas Schottenstein and NY Spine (by ECF)