# LEVIN-EPSTEIN & ASSOCIATES, P.C.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/17/2026

n Avenue
!12.792-004

.S.M.J.
trict of N

> The extension request is GRANTED.  Respondents shall
> have until March 24, 2026, to respond to ECF No. 45.
> The Court grants the extension with the expectation and
> hope that the parties will meet and confer in good faith on
> March 19, 2026, to narrow, if not entirely eliminate, the
> issues raised in the letter at ECF No. 45.  Future
> extensions of this deadline are unlikely to be granted.

New York, NY 10007

Re:    *In Re Orthogen Internation*
       Case No.: 24-mc-00504

SO ORDERED:
3/17/2026

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Dear Honorable Magistrate Judge Parker:

This law firm represents Respondents Judith Capla and Tomas Capla (together, the "Caplas") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of the Capla's time to file a response to Orthogen International GmbH's ("Orthogen") March 11, 2026 Pre-Motion Letter [Dckt. No. 45] (the "Pre-Motion Letter") from March 17, 2026 to, through and including, March 24, 2026.

This is the first request of its kind. Counsel for Orthogen has neither objected to, nor consented to the instant application. If granted, the instant request would not affect any other Court-ordered deadlines. The basis of this request is that the undersigned law firm has a meet-and-conferral tentatively scheduled with Orthogen on Thursday, March 19, 2026. A second, independent basis, also necessitates the instant request. The principal attorney, Joshua Levin-Epstein, is unavailable due to conflicting travel obligations, until through and including, Wednesday, March 18, 2026.

In light of the foregoing, it is respectfully requested that the Court grant an extension of the Capla's time to file a response to Orthogen's Pre-Motion Letter from March 17, 2026 to, through and including, March 24, 2026.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi, Esq.
420 Lexington Ave, Suite 2458
New York, New York 10170
Tel. No.:  (212) 792-0048
Email: Joshua@levinepstein.com
*Attorneys for Judith Capla and
Tomas Capla*

VIA ECF: All Counsel