USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

In re Application of Orthogen International GmbH

Petitioner,

for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding.

-----------------------------------------------------------------X

**24-MC-504 (VSB)(KHP)**

**ORDER**

**HON. KATHARINE H. PARKER, United States Magistrate Judge:**

Pursuant to the Court's Order entered on July 31, 2026, at ECF No. 96 in 23-MC-152, the Clerk of the Court is directed to terminate the motion at ECF No. 65 for the reasons set forth in the Court's July 31, 2026 Order.

**SO ORDERED.**

DATED: New York, New York
November 2, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge